1

2

3    UNITED STATES DISTRICT COURT

4    NORTHERN DISTRICT OF CALIFORNIA

5

6    CARL A.R. HITLER,                          Case No. 18-cv-05418-WHO (PR)
     aka CARL RENOWITZKY,

7            Plaintiff,
                                                **ORDER OF DISMISSAL**
8        v.

9    UNITED STATES OF AMERICA, et
     al.,
10
             Defendants.
11

12

13          Plaintiff has not complied with this Court's order to file an application to proceed *in

14   forma pauperis* ("IFP").  Accordingly, this federal civil rights action is DISMISSED

15   (without prejudice) for failure to comply with the Court's order and for failure to

16   prosecute, *see* Federal Rule of Civil Procedure 41(b).  Because this dismissal is without

17   prejudice, plaintiff may move to reopen the action.  Any motion to reopen must be

18   accompanied by a properly completed IFP application.

19          If plaintiff chooses to move to reopen the case, he is advised that he must state

20   legally recognizable claims against any named defendant, alleging a plausible basis for

21   suing them.  The existing complaint is wholly deficient in that respect.

22          The Clerk shall enter judgment in favor of defendants, and close the file.

23          **IT IS SO ORDERED.**

24   **Dated:**  October 25, 2018

25                                              
                                                WILLIAM H. ORRICK
26                                              United States District Judge

27

28

United States District Court
Northern District of California

1
2
3
4

CERTIFICATE OF SERVICE

5
6

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

7
8

That on 10/25/2018, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

9
10
11

Carl A.R. Hitler ID: 226721
aka Carl Renowitzky
Marin County Jail
3501 Civic Center Drive
San Rafael, CA 94903

12
13
14

Dated: 10/25/2018

15
16

Susan Y. Soong
Clerk, United States District Court

17
18

By: _Jean M. Davis_____

Jean Davis, Deputy Clerk to the

19

Honorable WILLIAM H. ORRICK

20
21
22
23
24
25
26
27
28